# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### No. 5:22-CR-158-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
ULISES MONTANO-RODRIGUEZ, )
)
Defendant. )

The United States SHALL respond to defendant's motion to reduce sentence [D.E. 51] not

later than June 15, 2026.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge