IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-158-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
ULISES MONTANO-RODRIGUEZ, )
)
Defendant. )

The court DISMISSES as moot defendant's motion to reduce sentence [D.E. 51].

Defendant is no longer in the custody of the Bureau of Prisons. See [D.E. 54].

SO ORDERED. This 17 day of June, 2026.

JAMES C. DEVER III
United States District Judge